IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | |
|---|---|
| LAURA GIBBS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br><br>　　　　Defendant. | Civil Action No.: 3:11-cv-00257-WHR<br><br>**Judge Walter H. Rice** |

　　　　The Plaintiff and Defendant hereby stipulate that this matter shall be dismissed with prejudice with each party to bear her/its own costs.

So stipulated:

/s/ David M. Tannehill, Esq.　　　　　　/S/ Franklin C. Malemud, Esq.
David M. Tannehill (0078862)　　　　　Franklin C. Malemud (0068356)
Krohn & Moss, Ltd.　　　　　　　　　　1400 Midland Building
8043 Corporate Cir, #3　　　　　　　　101 Prospect Avenue West
N. Royalton, OH 44133　　　　　　　　Cleveland, Ohio  44115-1093
Ph. (323) 988-2400　　　　　　　　　　Phone: (216) 687-1311
Fax (866) 799-3206　　　　　　　　　　Fax:　(216) 430-2284
Email: dtannehill@consumerlawcenter.com　Email:  fmalemud@reminger.com
One of the Plaintiff's counsel　　　　　One of Defendant's Counsel

　　　　　　　　　　　　　　　　　　　It is so ordered:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE WALTER H. RICE